PLAINFIELD TRUST STATE NATIONAL BANK *ET AL.*, PLAINTIFFS-RESPONDENTS, v. LASZLO REISINGER *ET AL.*, DEFENDANTS-PETITIONERS.

*Mr. Peter Frederick Williams* for the petitioners.

February 15, 1960. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. CHARLES SCELFO, DEFENDANT-PETITIONER.

*Mr. Nicholas Martini* for the petitioner.

*Mr. John G. Thevos* for the respondent.

February 29, 1960. Denied.